UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Felicia Lynum,  )
      Plaintiff,  )
      v.  )  Civil Action No. 08 1035
U.S. Government *et al.*,  )
      Defendants.  )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the complaint as it is required to do if it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(i).

Plaintiff, a resident of the District of Columbia, sues the United States for alleged government surveillance that has, among other misdeeds, stolen her identity, her "eggs . . . from [her] fallopian tube" and her property. Compl. at 1. Throughout the seven-page complaint, plaintiff claims that strangers have stalked, tortured and sexually abused her. Plaintiff also suggests that she has been implanted with a microchip that the government refuses to remove. *See* Compl. at 5. Plaintiff seeks $80 billion in damages. *Id.* at 7.

Complaints that describe fantastic or delusional scenarios are subject to immediate dismissal. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact," *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984), or is based on "fanciful factual allegation[s]." *Neitzke*, 490 U.S. at 325.

This complaint satisfies the foregoing conditions and therefore will be dismissed by separate Order issued contemporaneously.

/s/ Ricardo M. Urbina
United States District Judge

Date: June 16, 2008