UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 16 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Felicia Lynum, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08 1035 |
| v. ) | |
| ) | |
| U.S. Government *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 16th day of June 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED with prejudice. This is a final appealable Order.

_____
United States District Judge